UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

                                  :          MAGISTRATE NO. 96-48 MLC

                                  :

        v.                        :

                                  :          ORDER

DONALD JONES                                 :


        The financial inability of the defendant to retain counsel having been established by the Court,

and the defendant not having waived the appointment of counsel,

        It is on this ___22nd___ day of ___June___ , 2009,

        ORDERED that _____DAVID SCHAFER_____ from the Office of the Federal Public

Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until

further order of the Court.


                                             LOIS H. GOODMAN
                                             United States Magistrate Judge